# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE WILLIAMS

      v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5306FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner Williams' Motion pursuant to 28 U.S.C. § 2255 is DENIED.

| August 12, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                                 *s/CM Gonzalez*
                                                               Deputy Clerk